

| AO 10 Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) HOLLAND, H. Russel | 2. Court or Organization District of Alaska | 3. Date of Report 05/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge (Senior) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address United States District Court 222 West 7th Avenue - Unit 54 Anchorage, Alaska 99513 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  CMS Energy | A | Dividend | J | T | | | | | |
| 2.  Nordstrom, Inc. | A | Dividend | K | T | | | | | |
| 3.  Rowan Companies | | None | J | T | | | | | |
| 4.  MS Liquid Asset Fund (formerly MSDW (Individual Liquid....) | | None | K | T | | | | | |
| 5.  Talkeetna, Alaska, Lot | | None | K | W | | | | | |
| 6.  Chitina, Alaska, Lot | | None | J | W | | | | | |
| 7.  First National Bank Alaska | A | Interest | L | T | | | | | |
| 8.  MS Trust Bank (formerly MSDW Individual Liquid Asset A/C) | A | Dividend | K | T | | | | | |
| 9.  Bank of America / Portland, Oregon | A | Interest | J | T | | | | | |
| 10.  Pepsico | A | Dividend | J | T | | | | | |
| 11.  Franklin Value Mark II Variable Annuity Contract | A | Dividend | K | T | | | | | |
| 12.  First National Bank Alaska / Savings | A | Interest | J | T | | | | | |
| 13.  Bank of America Investment A/C Nation's Cash Reserves Daily | A | Dividend | J | T | | | | | |
| 14.  Yum Brands (formerly Tri-Global Restaurant) | A | Dividend | J | T | | | | | |
| 15.  Franklin Income Fund | C | Dividend | L | T | | | | | |
| 16.  MS Global Infrastructure | A | Dividend | | | Sold | 11/19/09 | J | A | see Note, Part VIII |
| 17.  Merrill Lynch [was Dean Witter Liquid Asset] (IRA A/C) | A | Interest | | | Closed | 11/20/09 | J | A | see Note, Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cisco Systems, Inc. | A | Dividend | J | T | | | | | |
| 19. Pfizer | A | Dividend | J | T | | | | | |
| 20. Hewlett Packard | A | Dividend | J | T | | | | | |
| 21. Boeing Co. | A | Dividend | J | T | | | | | |
| 22. Northrim Bank | A | Dividend | K | T | | | | | |
| 23. Agilent Technologies | A | Dividend | J | T | | | | | |
| 24. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 25. MetLife | A | Dividend | J | T | | | | | |
| 26. Trust #1 [Lines 27 through 54, inclusive]: | | | | | | | | | see Note, Part VIII |
| 27. --MS Mid-Cap Growth C (formerly MSDW Developing Growth) | A | Dividend | | | Sold | 11/06/09 | K | C | |
| 28. --MFS Utilities Fund C | A | Dividend | | | Sold | 11/06/09 | K | B | |
| 29. --MS Bank (formerly MSDW Active Assets Money Trust) | B | Interest | M | T | | | | | |
| 30. --EMC Corp. Stock | | None | | | Sold | 11/16/09 | K | A | |
| 31. --American Income Fund | A | Dividend | | | Sold | 11/12/09 | K | A | |
| 32. --Unit Van Kampen Cohen/Steers REIT (new name) | C | Dividend | | | Sold | 07/23/09 | K | A | |
| 33. --General Electric Capital Corp. (bond) ****R*R7 ('04) | A | Interest | | | Matured | 11/06/09 | K | A | |
| 34. --General Electric Capital Corp. (bond) ****G*59 ('05) | A | Interest | | | Matured | 11/09/09 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Caterpillar Finance Service (bond) ****Q*CO | A | Interest | J | T | | | | | |
| 36. --Caterpillar Finance Service (bond) ****L*C2 | A | Interest | K | T | | | | | |
| 37. —Lane County G/O Bond | C | Interest | | | Matured | 06/01/09 | L | B | |
| 38. --Gabelli Global | C | Dividend | K | T | Buy (add'l) | 09/04/09 | K | | |
| 39. --Western Bank Puerto Rico CD | A | Interest | J | T | | | | | |
| 40. --New South Federal Savings Bank CD | A | Interest | J | T | | | | | |
| 41. --Coca Cola Co. | A | Dividend | K | T | | | | | see Note, Part VIII |
| 42. --General Electric Co. | A | Dividend | | | Sold | 11/12/09 | J | A | |
| 43. --General Electric Co. | A | Dividend | | | Sold | 11/12/09 | J | A | |
| 44. --Google, Inc. | A | Dividend | K | T | | | | | |
| 45. --Intel Corp. | A | Dividend | J | T | | | | | |
| 46. --Johnson & Johnson | A | Dividend | K | T | Buy (add'l) | 09/04/09 | J | | |
| 47. --Microsoft Corp. | A | Dividend | J | T | | | | | |
| 48. —McKesson Corp. | A | Dividend | K | T | | | | | |
| 49. —3M Company | A | Dividend | K | T | | | | | see Note, Part VIII |
| 50. —Monsanto Co. | A | Dividend | K | T | | | | | see Note, Part VIII |
| 51. --Novartis AG ADR | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  --Proctor & Gamble | A | Dividend | K | T | Buy (add'l) | 09/04/09 | J | | |
| 53.  --Eaton Vance / Muni. Bond | B | Interest | K | T | Buy | 05/15/09 | K | | |
| 54.  --Exelon Corp. | A | Dividend | J | T | Buy | 11/12/09 | J | | |
| 55.  Comcast Corp. | A | Dividend | J | T | | | | | |
| 56.  One Point, f/k/a Portland Teachers Cr.Union - savings A/C | A | Interest | J | T | | | | | |
| 57.  Columbia Convertible Sec., f/k/a Nations Convertible Sec. | A | Dividend | K | T | | | | | |
| 58.  Met Life - whole life | A | Interest | J | T | | | | | |
| 59.  Met Life - whole life | A | Interest | J | T | | | | | |
| 60.  Americo Financial Life - whole life | A | Interest | L | T | | | | | |
| 61.  American General - whole life | A | Interest | K | T | | | | | |
| 62.  American General - whole life | A | Interest | K | T | | | | | |
| 63.  Canada Life - whole life | A | Interest | J | T | | | | | |
| 64.  MONY - whole life | A | Interest | J | T | | | | | |
| 65.  Massachusetts Mutual - flexible retirement annuity | D | Dividend | L | T | | | | | |
| 66.  Wells Fargo & Co. | A | Dividend | J | T | | | | | |
| 67.  Nationwide Annuity [formerly AIG Annuity] | C | Dividend | M | T | | | | | see Note, Part VIII |
| 68.  Bank of America - Managed Portfolio | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Alaska Communications Systems | A | Dividend | J | T | | | | | |
| 70. General Communications | | None | J | T | | | | | |
| 71. First National Bank Alaska | A | Dividend | J | T | | | | | |
| 72. Verigy | | None | J | T | | | | | |
| 73. Bank of America - Franklin Oregon Tax Free | D | Interest | M | T | | | | | |
| 74. Nuveen Premium Income | A | Dividend | | | Sold | 11/19/09 | J | A | see Note, Part VIII |
| 75. Nuveen Premium Income | A | Dividend | | | Sold | 11/19/09 | J | A | see Note, Part VIII |
| 76. MSDW Ishares Canada Index | A | Dividend | J | T | | | | | |
| 77. PIMCO All Asset / All Authority | B | Dividend | K | T | Buy | 11/17/09 | K | | |
| 78. Blackrock Global Allocation (IRA account) | A | Dividend | J | T | Buy | 11/20/09 | J | | see Note, Part VIII |
| 79. Columbia Cash Reserves Daily (IRA account) | A | Interest | J | T | Open | 11/20/09 | J | | see Note, Part VIII |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, ln. 16: Items at lns. 16, 74, and 75 were IRA account assets; assets were sold and proceeds rolled into another IRA account: Blackrock Global Allocation at ln.78.

Part VII, ln. 17: This IRA cash account was closed and funds transferred to Columbia Cash Reserves Daily (an IRA account) at ln. 79.

Part VII, ln. 26: TRUST #1: lns. 53 & 54 are new trust acquisitions.

Part VII, ln. 41: Coca-Cola: Consolidated acquisitions (lns. 52 & 53 on previous report).

Part VII, ln. 49: 3M Company: Consolidated acquisitions (lns. 61 & 62 on previous report).

Part VII, ln. 50: Monsanto Co.: Consolidated acquisitions (lns. 63 & 64 on previous report).

Part VII, ln. 67: Now: Nationwide Annuity (rolled over from AIG Annuity, ln. 80 on previous report).

Part VII, lns. 74 & 75: Items at lns. 16, 74, and 75 were IRA account assets; assets sold and proceeds rolled into another IRA account: Blackrock Global Allocation at ln.78.

Part VII, ln. 78: Assets from other IRA accounts (lns. 16, 74, and 75) were sold and proceeds rolled into Blackrock Global Allocation (IRA account) .

Part VII, ln. 79: An IRA account; Merrill Lynch account at ln.17 was closed and funds transferred to Columbia Cash Reserves Daily.

| Name of Person Reporting | Date of Report |
|---|---|
| HOLLAND, H. Russel | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY F[...]CT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544